**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

PETER THOMAS MCGOVERN                                                           PETITIONER

vs.                                                    CIVIL ACTION NO. 3:14-CV-920-HTW-LRA

WARDEN MARSHAL TURNER                                                            DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson [docket no. 9]. Plaintiff has filed no objection. Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The plaintiff's petition for a writ of habeas corpus is dismissed with prejudice..

**SO ORDERED AND ADJUDGED, this the 11<u>th</u> day of August, 2015.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE